IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLARE CHAVEZ, as parent and guardian
of Ms. Leila A. Blair, an incapacitated child,

      Plaintiffs,

vs.                                                             No. 16-cv-863 KG/SCY

JOHN OR JANE DOE(S) 1-5, and
ALBUQUERQUE PUBLIC SCHOOLS,

      Defendants.

## STIPULATED ORDER APPOINTING GUARDIAN AD LITEM

THIS MATTER comes before the Court upon the joint motion of Plaintiff Clare Chavez, as guardian for Leila A. Blair, by and through her attorney, Jason M. Alarid, Attorney at Law, LLC (Jason Alarid) and Defendants Albuquerque Public Schools, by and through their attorneys, Modrall, Sperling, Roehl, Harris & Sisk, P.A., for the appointment of Raynard Struck, as Guardian ad Litem for Leila A. Blair, and the Court being fully advised, FINDS the Motion to be well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.    That the appointment of a Guardian ad Litem is necessary to assist the Court in its review of this matter, and to ensure that any resolution of this matter adequately consider the interests of Leila A. Blair to be protected.

2.    That for the purpose of this proceeding Raynard Struck is not a lawyer for Leila A. Blair, but is solely to be appointed as an extension of the Court to assist in ensuring that the rights of Leila A. Blair are fully protected.

3.    That as Guardian ad Litem for Leila A. Blair, Raynard Struck shall:

  a. Have independent status from all other parties herein and should be able to review any documents, including, but not limited to, pleadings, depositions, medical and psychological records, insurance policies and other pertinent materials related, directly or indirectly, to the interest of Leila A. Blair with respect to the recommendation concerning the settlement of her claims;

  b. Conduct an independent investigation and evaluation of physical status and needs of Leila A. Blair and such independent investigation and evaluation is to be as an arm of the Court and should be conducted without the interference of any party herein;

  c. Evaluate the settlement proposal between Plaintiff and Defendant Albuquerque Public Schools, on behalf of Leila A. Blair as an arm of the Court, and report to the Court as to the fairness and reasonableness of the proposed settlement; and

  d. Be paid a reasonable fee by Defendant Albuquerque Public Schools.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

JASON M. ALARID, ATTORNEY AT LAW, LLC

By: */s/ Jason M. Alarid*
Jason M. Alarid (Jasonalarid@jasonalarid.com)
*Attorney for Plaintiffs*
1412 Sixth Street NW
Albuquerque, NM 87102
(505) 247-9500
Fax (505) 247-9509

MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.

By: */s/ Megan T. Muirhead*
Megan T. Muirhead (mmuirhead@modrall.com)
*Attorneys for Defendant*
P. O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800
Fax (505) 848-9710

Y:\dox\client\11301\1234\PLEADING\W2910151.DOCX