# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CLARE CHAVEZ, as parent and guardian
of Ms. Leila Blair, an incapacitated child,

      Plaintiff,

v.                            No. CV 16-863 KG/SCY

ALBUQUERQUE PUBLIC SCHOOLS,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Steven Yarbrough's Proposed Findings and Recommended Disposition ("PFRD") recommending that the settlement reached in this case is fair and in the best interests of the child. (Doc. 37). The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

**IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 37) is ADOPTED.

2. *Guardian ad Litem* Raynard Struck is discharged of his duties and his fees shall be paid by Defendant.

_____
UNITED STATES DISTRICT JUDGE