IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLARE CHAVEZ, as parent and guardian
of Ms. Leila A. Blair, an incapacitated child,

    Plaintiffs,

vs.                                                                    CIV. No. 16-863 KG/SCY

JOHN OR JANE DOE(S) 1-5, and
ALBUQUERQUE PUBLIC SCHOOLS,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Joint Motion for Order of Dismissal with Prejudice, the Court, having considered the Joint Motion finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims in this matter are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

MODRALL, SPERLING, ROEHL,
  HARRIS & SISK, P.A.

By: */s/ Megan T. Muirhead*
   Megan T. Muirhead (mmuirhead@modrall.com)
   *Attorneys for Defendant APS*
   P. O. Box 2168
   Albuquerque, NM 87103-2168
   505.848.1800
   Fax 505.848.9710

And

JASON M. ALARID, ATTORNEY AT LAW, LLC

By: */s/ Jason M. Alarid*
   Jason M. Alarid (jasonalarid@jasonalarid.com)
   *Attorney for Plaintiffs*
   1412 Sixth Street, NW
   Albuquerque, NM 87102
   505.247.9500
   Fax 505.247.9509

Y:\dox\client\11301\1234\DRAFTS\W3259414.DOCX